UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING AND PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZHANG SHUN ZHEN, <br><br> Defendant. | Case No. 2:22-cv-05349-SB-PVC <br><br> ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

The complaint in this case was filed on August 1, 2022.  Dkt. No. 1. Generally, defendants other than the United States must answer a complaint within 21 days after being served.  *See* Fed. R. Civ. P. 12(a)(1).  Plaintiff filed a proof of service indicating that Defendant Zhang Shun Zhen was served on November 17, 2022, such that a responsive pleading was due on December 8, 2022.  None has been filed, and Plaintiff has not sought entry of default or default judgment. Plaintiff is ordered to show cause, in writing, no later than December 26, 2022, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.

Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: December 19, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

1