UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING AND PRINTING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ZHANG SHUN ZHEN,<br><br>    Defendant. | Case No.  2:22-CV-05349-SB-PVC<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    Generally, defendants other than the United States must answer the complaint within 21 days after service.  *See* Fed. R. Civ. P. 12(a)(1).  On November 17, 2022, Plaintiff filed proof that Defendant Zhang Shun Zhen was served on November 17, 2022.  Dkt. No. 14.  A responsive pleading was due on December 8, 2022.  None has been filed.  Plaintiff timely requested for the Clerk to enter default but has not filed a motion for default judgment.  Dkt. No. 17.  Plaintiff is ordered to show cause, in writing, no later than February 8, 2023, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of a motion for default judgment.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    Upon the filing of the motion for default judgment, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.

    IT IS SO ORDERED

Date: February 3, 2023

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge