JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL DYEING & PRINTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZHANG SHUN ZHEN et al., <br><br> Defendants. | Case No. 2:22-cv-05349-SB-PVC <br><br> FINAL JUDGMENT |

For the reasons set forth in the separate order granting in part Plaintiff's motion for default judgment, entered March 9, 2023, the Court hereby awards Plaintiff Universal Dyeing and Printing, Inc. the following against Defendant Zhang Shun Zhen:

- $30,000 in statutory damages;

- $2,802 in attorneys' fees and costs;

Plaintiff is **ORDERED** to serve a copy of this order and the judgment on Defendant. Plaintiff shall file proof of service by **March 17, 2023**.

This is a final judgment. The clerk is directed to close this case.

Date: March 11, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1